

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2018

No. 04-16-00786-CV

Anthony **MOORE** and Joann Moore,
Appellants

v.

David **SUBIA,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04165
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellee David Subia filed a Motion to Accelerate Mandate and Release Funds Paid into the Registry of the Court on the grounds that, despite Appellant Anthony Moore's stated intent to file a petition for discretionary review with the Texas Supreme Court, Appellant "has no right to appeal to the Texas Supreme Court as this case arises from an eviction proceeding in the Justice of Peace Court." In support of this assertion, Appellee cites to Tex. Gov't Code Ann. § 22.225(b)(1). However, this subsection was repealed effective September 1, 2017. *See* Acts 2017, 85th Leg., ch. 150 (H.B. 1761), § 4(3). Appellee provides no additional authority in support of his motion. Accordingly, Appellee's motion is **DENIED**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court